1010

No. 1182. BRUNSWICK CORP. *v.* CLEMENTS, TRUSTEE IN BANKRUPTCY. C. A. 6th Cir. Certiorari denied.

No. 5332. KEEBY ET AL. *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 5648. WHALEY *v.* GRIMM ET AL. C. A. 9th Cir. Certiorari denied.

No. 5678. D'AEGELE *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 5692. WILLIAMS ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 5713. THIBADOUX *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5732. WILLIAMS *v.* FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 5741. McKIRDIE ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 5758. BRUFFET *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 5763. JONES *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 5765. SMITH *v.* OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 5778. OLNEY *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 5972. HAHN *v.* SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.